FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 4 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03042-BNB

PAUL BENSON,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director of CDOC, et al., In his Individual Capacity,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Paul Benson, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. Mr. Benson, acting *pro se*, submitted to the Court a Prisoner Complaint pursuant to 42 U.S.C. § 1983. He also filed a proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that Magistrate Judge Boyd N. Boland granted on January 20, 2011.

Magistrate Judge Boland directed Mr. Benson to pay the full amount of the $350.00 filing fee in installments and to pay an initial partial filing fee of $17.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Benson that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Benson has failed to communicate with the Court. As a result, he has not paid the initial partial filing fee within the time allowed or in the alternative shown cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for Mr. Benson's failure either to pay an initial partial filing fee of $17.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __4th__ day of ____April____, 2011.

BY THE COURT:


____s/Lewis T. Babcock____
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03042-BNB

Paul Benson
Prisoner No. 151528
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 4, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk